No. 07-15-00303-CV

| | | |
|---|---|---|
| Hardin-Simmons University, et al. Appellants | § | From the 286th District Court of Cochran County |
| | § | |
| v. | | July 25, 2017 |
| | § | |
| Hunt Cimarron Limited Partnership d/b/a Cimarron Exploration Company Appellee | § | Opinion by Justice Pirtle |

**J U D G M E N T**

Pursuant to the opinion of the Court dated July 25, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and that judgment is hereby rendered declaring the subject lease to have terminated as to the entire acreage, save and except a 40-acre tract associated with each of the following wells: the 107, 109, 147, 169, 209, 226A, 247, 248W, 249, 265, 266, 267, 285, 287, 303, 304, 305, 306, 307, 308, 309, 323, 324, 325, 326W, 328W, 343, 348, 349, 363, 367, 369, 382, 383, 385, 388, 404, and 408.

It is further ordered, adjudged and decreed that this matter be otherwise remanded to the trial court for further proceedings and entry of a new judgment in accordance with this Court's opinion.

It is further ordered that appellee pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o